UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT WILLIAMS,

               Petitioner,                Case No. 08-12583
                                                      Honorable John Corbett O'Meara

v.

GREG MCQUIGGIN,

               Respondent,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed July 15, 2010, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus and Petitioner's Motion for Summary Judgment are denied. Accordingly, the Court will deny a Certificate of Appealability.

                                               s/John Corbett O'Meara
                                             United States District Judge

Date: August 6, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 6, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager